**Weinstein, Pinson & Riley, P.S.**
2001 Western Avenue, Suite 400
Seattle, WA 98121
Telephone: 206-269-3490

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA (DECATUR)

| | |
|---|---|
| In re:<br>Carl D Oneal<br>        Debtor.<br><br><br>SSN # XXX-XX-9429 | CHAPTER Chapter 13<br>CASE NO. 13-83224<br><br>NOTICE OF WITHDRAWAL OF<br>PROOF OF CLAIM #5 |

TO: Attorney for the Debtor: Ronald C Sykstus
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Altair OH XIII, LLC, for account # **XXXXXXXXXXX5963**, in the amount of $1482.23 docketed by the court on **January 10, 2014**, claim number 5.
2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED:   October 9, 2014

                                                      **Weinstein, Pinson & Riley, P.S.**

                                                    /s/ Max Zaleski
                                                    Max Zaleski
                                                    2001 Western Avenue, Suite 400
                                                    Seattle, WA 98121
                                                    Telephone: 206-269-3490
                                  Representing:   Altair OH XIII, LLC