United States Bankruptcy Court
Northern District of Alabama

In re:  
Carl D. O'Neal  
    Debtor

Case No. 13-83224-JAC  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1126-8      User: dhamlin      Page 1 of 1      Date Rcvd: Nov 21, 2014  
                      Form ID: pdf000      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2014.
```
db             +Carl D. O'Neal,   1305 Co Rd 30,   Scottsboro, AL 35768-6819
cr             +Altair OH XIII, LLC,,   c/o Weinstein, Pinson & Riley, P.S.,   2001 Western Ave, Suite 400,
                 Seattle, WA 98121-3132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: rlhjmr@bellsouth.net Nov 22 2014 02:15:34
                 1st Franklin Financial Corporation, a corporation,    c/o  David Lee Jones,   PO Box 940,
                 Guntersville, AL 35976-0940
cr              E-mail/Text: corporatecredit@farmersfurniture.com Nov 22 2014 02:13:46      Farmers Furniture,
                 Attn Corporate Credit,    PO Box 1140,   Dublin, GA  31040-1140
8128553        +E-mail/Text: bncmail@w-legal.com Nov 22 2014 02:14:27     ALTAIR OH XIII, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,   attn Max Zaleski,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2014                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2014 at the address(es) listed below:
```
              David Lee Jones    on behalf of Creditor   1st Franklin Financial Corporation, a corporation
               rlhjmr@bellsouth.net,   jcjmr@bellsouth.net
              Michael  Ford    ecf@ch13decatur.com
              Ronald C Sykstus    on behalf of Debtor Carl D. O'Neal kmiddlebrooks@bondnbotes.com,
               kelleymiddlebrooks2014@gmail.com
                                                                                              TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:

Carl D. O'Neal       Case No. 13-83224-JAC-13
SSN: XXX-XX-9429
                     Chapter 13

Debtor(s)

ORDER

This matter came before the court without a hearing on the following:

Debtor's Motion to Strike Withdrawal of Claim #5 filed by Weinstein, Pinson & Riley, P.S.

The Court considered the pleading.

It is therefore ORDERED, ADJUDGED and DECREED that:

The Debtor's Motion to Strike Withdrawal of Claim #5 filed by Weinstein, Pinson & Riley, P.S. is hereby GRANTED.

Dated: November 21, 2014

/s/ Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge