In the Matter of: }
}
Carl D. O'Neal } BK Case No. 13-83224-JAC
SSN: XXX-XX-9429 }
}
Debtor(s) } Chapter 13
}
Altair OH XIII, LLC }
}
Appellant(s) }
}
vs. }
}
Carl D. O'Neal }
}
Appellee(s) }
}
}
}
}
}

## SUBMISSION SHEET
### Notice of Appeal

**TO:** Sharon Harris, Clerk of Court
United States District Court

**SUBMITTED ON:** Order Granting Motion to Strike Withdrawal of Claim

**CONTENTS OF RECORD:**
☒ **Designated Items Of**   ☐ Appellant
  ☐ Appellee

____Volumes of Record on Appeal   _____ Volumes of transcripts/depositions
____Envelope(s)/Boxes of Exhibits   __X__ Filling Fee Paid
____CD Containing Record   __X__ BK Docket Sheet

**REMARKS:** ( ) Previous Appeal in Realted Case
USDC Case #   USDC Judge

**Counsel for Appellant:**
Daniel Ross
c/o Weinstein, Pinson & Riley, P.S.
2001 Western Avenue
Seattle, WA 98121
(206)269-3490

**Counsel for Appellee:**
Ronald Sykstus
Bond, Botes, Sykstus, Tanner & Ezzell, P.C.
225 Pratt Avenue
Huntsville, AL 35801
(256)539-9899

**Dated:** 12/17/2015

Scott W. Ford, Clerk
United States Bankruptcy Court
By: /s/ Stephanie Morgan
**Deputy Clerk**