**Weinstein, Pinson & Riley, P.S.**
2001 Western Avenue, Suite 400
Seattle, WA 98121
Telephone: 206-269-3490

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA (DECATUR)

| In re: | § | Chapter 13 |
|---|---|---|
| | § | |
| Carl D. O'Neal | § | Case No. 13-83224-JAC13 |
| Debtor. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
### TAKEN FROM THE OFFCIAL COURT DOCKET

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure ("FRBP"), Altair OH XIII, LLC ("Altair" or "Appellant"), by and through its undersigned counsel, submits this Designation of the Record on Appeal from the Order Granting Motion to Strike Withdrawal of Claim #5 (the "Order") entered on November 21, 2014 [Docket No. 32], in connection with the Notice of Appeal filed by Appellant in the above-captioned case on December 5, 2014. [Docket No. 34].

**I.   DESIGNATION OF THE RECORD ON APPEAL**

| Documents Filed in the Bankruptcy Court (Bankruptcy Case No. 13-83224-JAC13) | | | |
|---|---|---|---|
| | Docket # | Date Filed | Docket Text |
| 1. | -- | -- | Copy of Bankruptcy Court Docket for Case No. 13-83224-JAC13 |
| 2. | 1 | 10/18/2013 | Chapter 13 Voluntary Petition |
| 3. | 2 | 10/18/2013 | Chapter 13 Plan Filed by Carl O'Neal |

| | | | |
|---|---|---|---|
| 4. | Claims Register 5-1 | 1/10/2014 | Claim #5 filed by ALTAIR OH XIII, LLC, Amount claimed: $1482.23 |
| 5. | 25 | 1/23/2014 | Order Confirming Chapter 13 Plan Signed on 1/23/2014 |
| 6. | 30 | 10/09/2014 | Withdrawal of Claims Filed by Creditor Altair OH XIII, LLC |
| 7. | 31 | 11/19/2014 | Motion to Strike Withdrawal of Claim Filed by Carl D. O'Neal |
| 8. | 32 | 11/21/2014 | Order Granting Signed on 11/21/2014 Motion to Strike Withdrawal of Claim #5 |
| 9. | 33 | 11/23/2014 | BNC Certificate of Notice (RE: 32 Order Granting Signed on 11/21/2014 Motion to Strike Withdrawal of Claim #5) |
| 10. | 34 | 12/05/2014 | Notice of Appeal Filed by Altair OH XIII, LLC |
| 11. | 35 | 12/08/2014 | Amended Notice of Appeal to District Court Filed by Creditor Altair OH XIII, LLC |

Dated: December 19, 2014

Respectfully Submitted,

*/s/ Daniel A. Ross*
Daniel A. Ross, Bar No. R0S057
Weinstein, Pinson & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121
(206) 269-3490
DanielR@w-legal.com

## CERTIFICATE OF SERVICE

   I hereby certify that on December 19, 2014, a true and correct copy of the foregoing instrument was electronically filed using the Court's ECF system which will send notification of such filing to the following:

Ronald C Sykstus, Attorney for Debtor

Michael Ford, Chapter 13 Standing Trustee

Carl D. O'Neal, Debtor (VIA First Class Mail)
1305 Co Rd 30
Scottsboro, AL 35768

              */s/ Daniel A. Ross*
              Daniel Ross