## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

IN RE:   Carl D. O'Neal                )
                                        )        Case No.: 13-83224-JAC-13
              Debtor,                   )
                                        )        Chapter 13
                                        )
_____        )
                                        )
Altair OH XIII, LLC,                    )
                                        )
              Appellant,                )
v.                                      )
                                        )
Carl D. O'Neal,                         )
                                        )
                                        )
              Appellee.                 )

## APPELLEE CARL D. O'NEAL'S
## DESIGNATION OF RECORD ON APPEAL

COMES NOW Carl D. O'Neal, as Debtor in the above captioned bankruptcy case and as Appellee in the above captioned appeal, and hereby adopts and incorporates by reference all of the designations of record on appeal made by the Appellant Altair OH XII, LLC (Doc. 38) on December 19, 2014, and designates the following additional items from the bankruptcy case of Carl D. O'Neal, 143-83224-JAC-13 to be included in the record on appeal:

1. **Doc. # 8**, entered October 18, 2013. Meeting of Creditors with 341(a) meeting to be held on 11/18/2013 at 02:00 PM at 100 Northside Square 3rd Floor Rm 327 Huntsville. Confirmation hearing to be held on 12/31/2013 at 09:00 AM at 3rd Floor Courtroom Decatur. Proof of Claim due by 02/18/2014. Government Proof of Claim due by 04/16/2014 Objection to Dischargeability of Certain Debts due by 01/17/2014.

Respectfully submitted this the 30th day of December, 2014.

/s/ Ronald C. Sykstus
Ronald C. Sykstus
Amy K. Tanner
James W. Ezzell, Jr.
Kathryn V. Davis
Attorneys for Debtor

OF COUNSEL:
BOND, BOTES, SYKSTUS, TANNER & EZZELL, P.C.
225 Pratt Avenue
Huntsville, Alabama 35801
(256) 539-9899

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a copy of the above and foregoing pleading upon the following Altair OH XIII, LLC, c/o Weinstein, Pinson & Riley, P.S., Attn: Max Zaleski, Claim Signatory and Representative of Altair OH XIII, LLC, 2001 Western Avenue, Ste. 400, Seattle, WA 98121, Altair OH XIII, LLC, c/o Weinstein, Pinson, & Riley. P.S., Attn: Daniel A. Ross, Representative of Altair OH XIII, LLC, 2001 Western Avenue., Ste. 400, Seattle, WA 98121 and Michael Ford, Chapter 13 Trustee, by depositing a copy of the same in the United States mail, properly addressed and adequate postage thereon this the 30th day of December , 2014.

/s/ Ronald C. Sykstus
OF COUNSEL